UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **TIMOTHY GRAY** | **CIVIL DOCKET NO. 3:22-CV-04727** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **STATE FARM FIRE & CASUALTY COMPANY, ET AL** | **MAGISTRATE JUDGE KATHLEEN KAY** |

### **JUDGMENT**

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 17] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS HEREBY ORDERED that Plaintiff, Timothy Gray's COMPLAINT [Doc. 1] against State Farm Fire and Casualty Company, State Farm General Insurance Company and State Farm Mutual Automobile Insurance Company is DISMISSED WITHOUT PREJUDICE for failure to prosecute and abide by the orders of the court.

THUS, DONE AND SIGNED in Chambers on this 7th day of July, 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE